UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVARRETTE,<br>Plaintiff,<br>v.<br>LAND O'LAKES, INC.,<br>Defendant. | Case No. 1:26-cv-04073-JLT-FJS<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On September 21, 2026, the parties filed a joint request to continue the scheduling conference set for September 29, 2026, to finalize their settlement agreement. (ECF No. 12.)

Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently set for September 29, 2026, is continued to January 5, 2027, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE