UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE NAVARRETTE, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC., a Minnesota corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:26-cv-04073-JLT-FJS<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 16)<br><br>ORDER DIRECTING CLERK OF COURT TO ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

On November 13, 2026, Plaintiff filed a request for dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to the Private Attorney General Act representative claims pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 16). Accordingly, this action has been dismissed. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Titus v. BlueChip Fin.*, 786 F. App'x 694, 695 (9th Cir. 2019) (unpublished) (citing *Emp'rs-Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Anchor Capital Advisors*, 498 F.3d 920, 924 (9th Cir. 2007)).

Accordingly, the clerk of court is respectfully directed to terminate all pending deadlines and proceedings and then close the case.

IT IS SO ORDERED.

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE